**Electronically Filed
Supreme Court
SCPW-20-0000380
05-JUN-2020
02:27 PM**

SCPW-20-0000380

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE SHAREEN W. KAHEAKU, Petitioner.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the document submitted by petitioner Shareen W. Kaheaku entitled, "Motion granting writ of habeas corpus," which was filed as a petition for writ of habeas corpus on May 18, 2020, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

DATED: Honolulu, Hawai'i, June 5, 2020.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

